UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KERRY DANYEAL CLARK,

    Petitioner,

v.                                                     CASE NO. 6:12-cv-1214-Orl-22TBS

SECRETARY, DEPARTMENT
 OF CORRECTIONS, et al.,

    Respondents.

_____/

## ORDER

Petitioner initiated this action by filing a complaint (Doc. No. 1, filed August 7, 2012). However, the Court is unable to determine the basis upon which it has jurisdiction over this matter. Within fourteen (14) days from the date of this Order, Petitioner shall file an amended petition/complaint specifically delineating the basis upon which the Court has jurisdiction over this matter. The Clerk of the Court is directed to provide Petitioner with a civil rights complaint form and a petition for writ of habeas corpus form, and Petitioner shall file his amended petition/complaint on the appropriate form. This case will be dismissed without further notice if Petitioner fails to fully comply

with this Order.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 14th day of August, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:
OrlP-2 8/14
Kerry Danyeal Clark